No. 107. Howard v. Owens. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. William Neff* for petitioner. *Mr. John S. Severson* for respondent.

No. 110. McCarthy et al. v. Bloedel Donovan Lumber Mills. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. James A. Williams* and *Wm. H. Griffin* for petitioners. *Messrs. E. S. McCord* and *W. B. McCord* for respondent.

No. 117. Stewart, Trustee, et al., v. Nebraska Tire & Rubber Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward J. McVann* for petitioners. No appearance for respondent.

No. 118. Christian et al. v. Wilson's Executors et al. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. S. H. Williams* for petitioners. *Mr. Littleton M. Wickham* for respondents.

No. 119. Massagli v. T. I. Butler Co. et. al. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Clarence A. Linn* for petitioner. No appearance for respondents.

No. 120. A. R. Demory Investment Co. v. Haese, Trustee. October 13, 1930. Petition for writ of certio-